**FILED**
May 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>       Plaintiff,  )<br>v.        )<br>          )<br>ERIC LOREN CLAWSON,    )<br>          )<br>       Defendant.    ) | Case No. 2:09CR00097-MCE-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ERIC LOREN CLAWSON , Case No. 2:09CR00097-MCE-1 , Charge  18USC § 245(b)(2)(F) and 2- Interference with Federally Protected Activity , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__  Release on Personal Recognizance

　　　✔  Bail Posted in the Sum of $ 475,000.00, of which $100,000.00 cash 

　　　　　__  Unsecured Appearance Bond

　　　　　__  Appearance Bond with 10% Deposit

　　　　　✔  Appearance Bond with Surety

　　　　　__  Corporate Surety Bail Bond

　　　　　✔  (Other)      Pretrial Conditions as stated on thee record.

Issued at  Sacramento, CA  on  May 1, 2009  at  9:40 am  .

　　　　　　　　　　　　　　By  /s/ Gregory G. Hollows
　　　　　　　　　　　　　　     Gregory G. Hollows
　　　　　　　　　　　　　　     United States Magistrate Judge

Copy 5 - Court