UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ERIC LOREN CLAWSON, ) <br> ) <br> Defendant. ) | Case No. 2:09CR00097-MCE-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ERIC LOREN CLAWSON__, Case No. __2:09CR00097-MCE-1__, Charge __18USC § 245(b)(2)(F) and 2- Interference with Federally Protected Activity__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __475,000.00, of which $100,000.00 cash__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        ✔ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     __Pretrial Conditions as stated on thee record.__

Issued at __Sacramento, CA__ on __May 1, 2009__ at __9:40 am__.

By    /s/ Gregory G. Hollows
        Gregory G. Hollows
        United States Magistrate Judge

Copy 5 - Court