BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-0097 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |
| ERIC LOREN CLAWSON, | |
| JOE GRIVETTE, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, and by the United States Pretrial Services Office for the Eastern District of California, through Pretrial Services Officer Beth Baker that Mr. Clawson's Conditions of Release be modified in accord with this stipulation.

   Mr. Clawson's release was ordered on April 24, 2009, subject to multiple conditions as specified on the record. The conditions were modified on the stipulation of counsel on April

1  30, 2009, clarifying that Mr. Clawson is prevented from the
2  consumption of any alcohol while on pretrial release.
3       One of the conditions of Mr. Clawson's release required
4  that his sister, Emily Clawson, serve as third party custodian.
5  Emily Clawson has served in that capacity since the time of Mr.
6  Clawson's release.  They reside together in San Francisco,
7  California, at Emily Clawson's residence.  Emily Clawson is
8  currently enrolled and plans to attend an educational program in
9  Southern California beginning in September 2009. This means that
10 Emily Clawson cannot continue to serve as a full-time third
11 party custodian.
12      To address this situation and to ensure the necessary
13 supervision of Mr. Clawson, the parties stipulate that starting
14 on September 3, 2009, third party custodian duties will be
15 shared between Emily Clawson and Mr. Clawson's parents, Roger
16 and Anne Clawson.  In addition, the parties stipulate that Mr.
17 Clawson's aunt, Geraldine Genstler, will serve as a backup third
18 party custodian.  All three proposed additional third party
19 custodians have reviewed the terms and conditions of pretrial
20 release, and all three understand their responsibilities as
21 third party custodians for Mr. Clawson.  The parties further
22 agree and stipulate that the sharing of third party custodian
23 duties in this manner will ensure adequate supervision of Mr.
24 Clawson and his continuing compliance with all terms and
25 conditions of release and with all court orders.
26
27
28

1  Based on the foregoing, the parties hereby stipulate that
2 the terms and conditions of Mr. Clawson's release shall be
3 modified so that, in addition to Emily Clawson, Roger Clawson,
4 Anne Clawson and Geraldine Genstler will also serve as third
5 party custodians. The parties further stipulate that primary
6 third party custodian duties will be performed by Emily, Roger
7 and Anne Clawson, with Geraldine Genstler serving in case of an
8 unforeseen emergency or other complication.  It is further
9 agreed that at least one third party custodian will be present
10 in Mr. Clawson's home each day, including overnight.  Mr.
11 Clawson will continue to live at Emily Clawson's residence.
12  The parties stipulate to the following proposed schedule of
13 third party custodian duties:
14  Emily Clawson, current through September 2, 2009
15  Roger Clawson, September 3-13, 2009
16  Anne Clawson, September 14, 2009-October 17, 2009
17  Roger Clawson, October 18-25, 2009
18  Anne Clawson, October 26, 2009-November 21, 2009
19  Roger Clawson, November 22-25, 2009
20  Emily Clawson, November 26-29, 2009
21  Anne Clawson, November 30, 2009-December 18, 2009
22  Emily Clawson, December 18, 2009-January 3, 2010
23  The parties also stipulate that Geraldine Genstler will
24 serve as an emergency backup third party custodian, should that
25 need arise.  In the event that no resolution to this matter has
26 been arrived at prior to January 3, 2010, counsel for Mr.
27
28

1 | Clawson will submit a further proposed schedule to Assistant
2 | U.S. Attorney Carlberg and to Pretrial Services Officer Baker
3 | for their approval, and will request a further modification from
4 | the court accordingly.
5 |     Copies of fully executed Third Party Custody Agreements
6 | from Roger Clawson, Anne Clawson and Geraldine Genstler are
7 | attached hereto.  Upon approval of this proposed modification,
8 | counsel for Mr. Clawson will submit originals to the Court.

10 | IT IS SO STIPULATED.

12 | DATED:     July 21, 2009          By: //s// Emily E. Doringer for
                                            RUSSELL L. CARLBERG
13 |                                         Assistant U.S. Attorney

14 | DATED:     July 21, 2009          By: //s// Emily E. Doringer for
                                            BETH BAKER
15 |                                         U.S. Pretrial Services
16 |                                         Officer

17 | DATED:     July 21, 2009
                                       By: _//s// Emily E. Doringer___
18 |                                         Emily E. Doringer
                                            Attorney for Defendant
19 |                                         Eric Loren Clawson

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: In addition to Emily Clawson, defendant is placed in the third party custody of his father, Roger Clawson, his mother, Anne Clawson, and his aunt, Geraldine Gentsler.  Primary third party custodian duties shall be shared collectively by Roger, Anne and Emily Clawson, pursuant to the schedule proposed by the parties.  Geraldine Gentsler will serve as an emergency backup third party custodian.

All other Conditions of Release shall remain in effect.

IT IS SO ORDERED.

DATED: July 24, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE