```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ERIC LOREN CLAWSON,<br>JOE GRIVETTE,<br><br>             Defendants. | Case No. 2:09-CR-0097 MCE<br><br>DEFENDANT ERIC CLAWSON'S REQUEST FOR SEALING OF SUPPORTING DOCUMENTS; ORDER |
|---|---|

    Pursuant to Local Rule 140(d), defendant Eric Clawson requests the Court order the sealing of attachments to defense Motions *in Limine* No. 1-3.  This request includes attachments A and B to *In Limine* Motion No. 1, attachments A and B to Motion No. 2 and attachment A to Motion No. 3.  The documents contain certain identifying information concerning Mr. Clawson and others.  Redacted versions of these documents will be submitted.

///

///

DATED:  March 15, 2010          Respectfully submitted,

- 2 -

| | |
|---|---|
| 1 | |
| 2 | BLACKMON & ASSOCIATES |
| 3 | |
| 4 | By:_/s/ Emily E. Doringer___ |
| 5 |      EMILY E. DORINGER |
| 6 |      Attorney for Defendant |
|   |      ERIC LOREN CLAWSON |

Case 2:09-cr-00097-MCE   Document 97   Filed 03/16/10   Page 2 of 3

1    **[PROPOSED] ORDER FOR FILING OF DOCUMENTS UNDER SEAL**

2    This matter having come before me on the motion of
3    defendant Eric Clawson, and upon good showing therefore, IT IS
4    HEREBY ORDERED THAT all attachments to Mr. Clawson's Motions *In*
5    *Limine* No. 1-3 be filed under seal with the Court.  This order
6    includes attachments A and B to Motions *In Limine* No. 1 and 2,
7    as well as attachment A to Motion No. 3.

8    IT IS SO ORDERED.

9    DATED: March 15, 2010

10   _____
11   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE