

```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
ERIC LOREN CLAWSON
```

FILED
MAR 16 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ERIC LOREN CLAWSON,<br><br>JOE GRIVETTE,<br><br>　　　　Defendants. | Case No. 2:09-CR-0097 MCE<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING CONDITIONS OF<br>RELEASE |

　　　IT IS HEREBY STIPULATED by Eric Loren Clawson, through his counsel Blackmon & Associates, by the United States of America, through its counsel, Assistant U.S. Attorney Russell L. Carlberg, and by the United States Pretrial Services Office for the Eastern District of California, through Pretrial Services Officer Beth Baker that Mr. Clawson's Conditions of Release be modified in accord with this stipulation.

　　　Mr. Clawson's release was ordered on April 24, 2009, subject to multiple conditions as specified on the record. The

- 1 -

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

conditions were modified on the stipulation of counsel on April 30, 2009, clarifying that Mr. Clawson is prevented from the consumption of any alcohol while on pretrial release.

The pretrial release conditions were modified a second time pursuant to the parties' stipulation filed on July 27, 2009. At that time the conditions were modified to allow third party custodian duties to be shared by Emily Clawson, Anne Clawson and Roger Clawson collectively. This arrangement allowed Emily Clawson to continue with her plans to attend an educational program in Southern California. As part of that prior stipulation, the parties agreed to a detailed schedule reflecting proposed daily third party custodian duties from September 3, 2008 through January 3, 2010.

To allow Anne Clawson to attend a professional conference, the parties again stipulated that the third party custodian requirement would be temporarily suspended from November 18-19, 2009, as stated in the order filed on November 12, 2009. Pursuant to a stipulation between the parties, and by an order dated December 18, 2009, the Court eliminated the third party custodian requirement beginning on January 4, 2010.

Trial in this matter is set to begin Monday, March 22, 2010 at 9:00 a.m. Trial proceedings will continue each weekday, except Fridays. The parties anticipate trial to continue through the week of March 22, and possibly into the following week. Mr. Clawson resides in San Francisco, California, and intends to travel each trial day between San Francisco and

1  Sacramento.  To accommodate the time needed to travel and to
2  meet with counsel each day following trial proceedings, the
3  parties hereby stipulate to a modification of the pretrial
4  release restrictions.  Existing conditions require Mr. Clawson
5  to adhere to a curfew between 7 p.m. and 7 a.m. each day.  This
6  stipulation is for a modification of these curfew hours to the
7  time between 9:00 p.m. and 5:30 a.m. each day of trial,
8  beginning on the morning of March 22, 2010.  All other
9  conditions will remain in place, and on days where Mr. Clawson's
10 attendance at trial is not necessary, the regular curfew between
11 7:00 p.m. and 7:00 a.m. will apply.
12     All other conditions of pretrial release shall remain in
13 full effect.
14 ///
15 ///
16 ///
17 ///

- 3 -

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

1  IT IS SO STIPULATED.

2

3  DATED: March 16, 2010      By:  //s// Emily E. Doringer for
                                    RUSSELL L. CARLBERG
4                                   Assistant U.S. Attorney

5  DATED: March 16, 2010      By:  //s// Emily E. Doringer for
                                    BETH BAKER
6                                   U.S. Pretrial Services
                                    Officer
7

8  DATED: March 16, 2010      By:  //s// Emily E. Doringer
                                    EMILY E. DORINGER
9                                   Attorney for Defendant
                                    Eric Loren Clawson
10

- 4 -

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

**ORDER**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED THAT: The pretrial release conditions imposed on April 24, 2009, setting a curfew for Mr. Clawson between 7:00 p.m. and 7:00 a.m. each day shall be modified to accommodate his need for travel to attend trial and to meet with his attorney during trial proceedings. The release conditions are hereby modified to allow a curfew between 9:00 p.m. and 5:30 a.m. each day of trial, beginning on the morning of March 22, 2010. All other conditions of pretrial release shall continue to remain in effect and Mr. Clawson's usual curfew between 7:00 p.m. and 7:00 a.m. will remain in effect on non-trial days.

IT IS SO ORDERED.

DATED: 3/16/10                  _Dale A. Drozd_
                                United States District Court
                                Magistrate Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE