```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  Hall of Justice
   813 Sixth Street, Suite 450
4  Sacramento, CA  95814
   Telephone: (916) 441-0824
5
   Attorneys for Defendant
6  ERIC LOREN CLAWSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 09-CR-0097 MCE |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR EXONERATION OF BOND DIRECTING THE CLERK TO EXECUTE RECONVEYANCE |
| vs. | |
| ERIC LOREN CLAWSON | |
| Defendant. | |

    Defendant Eric L. Clawson, through his counsel Blackmon & Associates, applies for an order exonerating the appearance bond in his case and directing the Clerk of the Court to execute a reconveyance of the real property and to return cash bail, which were posted as security for the bond.

    Mr. Clawson was released on bond and executed an appearance bond secured by real property located in San Francisco County, California commonly known as 12 Meadowbrook Dr., San Francisco, CA 94132.  A legal description of the property is attached.  A deed of trust pertaining to the property was executed in favor of the Clerk of the United States District Court for the Eastern District of California and recorded in the official records of

1  San Francisco County on April 28, 2009.  A sum of $100,000 was
2  also deposited with the court on April 29, 2009.
3      Mr. Clawson was found guilty by jury verdict on March 24,
4  2010.  Sentencing is set to occur on June 10, 2010.  Mr. Clawson
5  remains in custody pending sentencing.  Therefore, Mr. Clawson
6  requests the Court to order the bond exonerated and direct the
7  Clerk of the Court to execute a reconveyance of the real
8  property and cash bail posted as security.

10  DATED:     April 16, 2010              BLACKMON & ASSOCIATES

                                       By: _//s// Emily E. Doringer_
13                                         EMILY E. DORINGER
                                           Attorney for Defendant
14                                         ERIC L. CLAWSON

1  **ORDER**

2  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond in
3  this case is exonerated and the Clerk of the Court shall execute
4  a reconveyance of the real property and cash bail that secured
5  the bond.  The clerk shall mail the reconveyance to:
6      Emily Clawson (real property) 12 Meadowbrook Dr., San
7  Francisco, California, 94132
8      Roger Clawson ($100,000 cash bail) 8050 Old Orchard Road
9  Chilliwack, BC, V2R4H7.
10
11 DATED: April 19, 2010
12                                   _____
13                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE