BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ERIC CLAWSON,<br><br>            Defendant. | CR. No.  S-09-0097 MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE ON MOTIONS FOR NEW TRIAL AND JUDGMENT OF ACQUITTAL |

   The parties are working on a potential global resolution of (1) this civil right prosecution and (2) a mortgage fraud investigation of defendant Eric Clawson.  Such resolution could include an agreement to (1) withdraw Clawson's motion for new trial/motion for judgment of acquittal, to waive appeal and collateral attack in the above-captioned case, as well as (2) pleading guilty to one count of mail fraud.  Such resolution could include relating the mail fraud case to the above case and proceeding with sentencing for the combined offenses before this Court.  Because this matter involves some complexity, the parties require several weeks to complete it.

1

Accordingly,

   IT IS HEREBY STIPULATED BY THE PARTIES the following modification to the motion hearing and briefing schedule with respect to the defendant's motions for new trial and judgment for acquittal, currently set for May 6, 2010:

- Hearing on the defendant's motions for new trial and judgment for acquittal may now be heard on **May 27, 2010.**
- The government's opposition is to be filed by **May 13, 2010.**
- The defendant's reply brief is to be filed **May 20, 2010.**

Dated: April 21, 2010                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Russell L. Carlberg
                                         RUSSELL L. CARLBERG
                                         Assistant United States Attorney



                                         /s/ Emily Doringer
                                         EMILY DORINGER
                                         Blackmon & Associates
                                         Attorney for Defendant Eric Clawson

                        ORDER

   IT IS SO ORDERED.


Dated: April 27, 2010

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

                                         _____